UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| APPELLEE, | : | |
| v. | : | No. 12-395 |
| WEI L. ZHOU, | : | |
| APPELLANT. | : | |

**ORDER ESTABLISHING BRIEFING SCHEDULE**

This matter having come before the Court on the joint motion of Appellant Wei L. Zhou, through his attorneys, the Office of the Federal Public Defender (Kevin F. Carlucci, Assistant Federal Public Defender, appearing), and the United States (Osmar J. Benvenuto, Assistant United States Attorney, appearing), to establish a briefing schedule in Appellant Zhou's appeal from the conviction and judgment entered on the docket on June 6, 2012, in Docket No. 12-po-9017 (AEM), it is on this 13th day of September, 2012, ORDERED that:

1. Appellant's brief shall be filed and served no later than October 23, 2012;

2. Appellee's brief shall be filed and served no later than November 13, 2012; and

3. Appellant's reply brief, if any, shall be filed and served no later than November 30, 2012.

Jose L. Linares, U.S.D.J.