UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

    APPELLEE,

v.     No. 12-395

WEI L. ZHOU,

    APPELLANT.

**ORDER AMENDING BRIEFING SCHEDULE**

This matter having come before the Court on the motion of Appellant Wei L. Zhou, through his attorneys, the Office of the Federal Public Defender (Kevin F. Carlucci, Assistant Federal Public Defender, appearing), and the United States (Osmar J. Benvenuto, Assistant United States Attorney, appearing), for a one-week extension to file his brief and appendix in this matter, and to adjust the remainder of the briefing schedule accordingly, and the United States having no objection, it is on this 19th day of October, 2012, ORDERED that:

Appellant's motion is granted, and it is further ORDERED that:

The briefing schedule is hereby amended as follows:

1. Appellant's brief shall be filed and served no later than October 30, 2012;

2. Appellee's brief shall be filed and served no later than November 20, 2012; and

3. Appellant's reply brief, if any, shall be filed and served no later than November 27, 2012.

SO ORDERED: _____

DATED: 10/19/12